**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

In re:  Case No.: 19-27263-SMG
 Chapter 7

**TROY GARY TURKIN**
SSN: XXX-XX-8231

_____Debtor_____/

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on January 8, 2021. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of the court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

Dated: January 8, 2021

/s/ Scott N. Brown
Scott N. Brown, Trustee
One Southeast Third Ave, Ste 1400
Miami, FL 33131
Telephone: (305) 379-7904

Printed: 01/08/21 11:35                                                                                                          Page: 1

# Claims Distribution Register

**Case:  19-27263 TROY GARY TURKIN**

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 12/02/20 | 200 | BAST AMRON LLP<br>SunTrust International Center<br>One Southeast Third Avenue #1400<br>Miami, FL 33131<br><3110-00 Attorney for Trustee Fees (Trustee Firm)> | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 0.00 | $ 0.00 |
| | 12/02/20 | 200 | BAST AMRON LLP<br>SunTrust International Center<br>One Southeast Third Avenue #1400<br>Miami, FL 33131<br><3120-00 Attorney for Trustee Expenses (Trustee Firm)> | $ 156.20 | $ 156.20 | $ 156.20 | $ 0.00 | $ 0.00 |
| | 07/29/20 | 200 | Scott N. Brown<br>One Southeast Third Ave, Ste 1400<br>Miami, FL 33131<br><2100-00 Trustee Compensation> | $ 2,706.10 | $ 2,706.10 | $ 2,706.10 | $ 0.00 | $ 0.00 |
| | 12/02/20 | 200 | Scott N. Brown<br>One Southeast Third Ave, Ste 1400<br>Miami, FL 33131<br><2200-00 Trustee Expenses> | $ 62.72 | $ 62.72 | $ 62.72 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 200:   100% Paid | $ 9,425.02 | $ 9,425.02 | $ 9,425.02 | $ 0.00 | $ 0.00 |
| | | | Total for Admin Ch. 7 Claims: | $ 9,425.02 | $ 9,425.02 | $ 9,425.02 | $ 0.00 | $ 0.00 |
| **Secured Claims:** | | | | | | | | |
| 1 | 01/06/20 | 100 | American Honda Finance Corporation<br>P.O. Box 168088<br>Irving, TX 75016-8088<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | $ 38,910.20 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 | 01/12/20 | 100 | Marshall Turkin<br>6460 Quintana Place<br>Boca Raton, FL 33433<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | $ 304,448.49 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 | 01/30/20 | 100 | Dominic Stramaglia<br>220 E. North Avenue<br>Villa Park, IL 60181<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | $ 66,152.27 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 100:   0% Paid | $ 409,510.96 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Secured Claims: | $ 409,510.96 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Printed: 01/08/21 11:35                                                                                                             Page: 2

# Claims Distribution Register

### Case:   19-27263 TROY GARY TURKIN

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Priority Claims:** | | | | | | | | |
| 14 | 11/03/20 | 500 | Andrea Ecchio-Turkin<br>c/o Mark A. Levy<br>Brinkley Morgan, 100 SE Third Avenue, 23rd Floor<br>Fort Lauderdale, FL 33394<br><5100-00 Domestic Support Obligations - § (507)(a)(1)> | $ 4,344.47 | $ 4,344.47 | $ 4,344.47 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 500:    100% Paid | $ 4,344.47 | $ 4,344.47 | $ 4,344.47 | $ 0.00 | $ 0.00 |
| 8P-2 | 02/03/20 | 570 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 19,050.55 | $ 19,050.55 | $ 5,661.80 | $ 13,388.75 | $ 0.00 |
| | | | Total for Priority 570:    29.71988% Paid | $ 19,050.55 | $ 19,050.55 | $ 5,661.80 | $ 13,388.75 | $ 0.00 |
| | | | Total for Priority Claims: | $ 23,395.02 | $ 23,395.02 | $ 10,006.27 | $ 13,388.75 | $ 0.00 |
| **Unsecured Claims:** | | | | | | | | |
| 2 | 01/07/20 | 610 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 20,080.21 | $ 20,080.21 | $ 0.00 | $ 20,080.21 | $ 0.00 |
| 4 | 01/16/20 | 610 | Space Coast Credit Union<br>8045 N. Wickham Road,<br>Melbourne, FL 32941-9001<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 139,596.32 | $ 139,596.32 | $ 0.00 | $ 139,596.32 | $ 0.00 |
| 5 | 01/24/20 | 610 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, TX 75001<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 30,794.66 | $ 30,794.66 | $ 0.00 | $ 30,794.66 | $ 0.00 |
| 7 | 01/31/20 | 610 | American Express National Bank c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 9,819.51 | $ 9,819.51 | $ 0.00 | $ 9,819.51 | $ 0.00 |
| 9 | 02/24/20 | 610 | LVNV Funding, LLC Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 11,972.69 | $ 11,972.69 | $ 0.00 | $ 11,972.69 | $ 0.00 |

Printed: 01/08/21 11:35                                                                                                                          Page: 3

# Claims Distribution Register

**Case:** 19-27263 TROY GARY TURKIN

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 10 | 02/28/20 | 610 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud, MN 56302-9617<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 632.03 | $ 632.03 | $ 0.00 | $ 632.03 | $ 0.00 |
| 11 | 02/28/20 | 610 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud, MN 56302-9617<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 712.95 | $ 712.95 | $ 0.00 | $ 712.95 | $ 0.00 |
| 12 | 03/11/20 | 610 | Regions Bank<br>Consumer Collections BH40402B<br>P. O. Box 10063<br>Birmingham, AL 35202-0063<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 248,611.11 | $ 248,611.11 | $ 0.00 | $ 248,611.11 | $ 0.00 |
| 13 | 08/13/20 | 610 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>P.O. Box 183853<br>Arlington, TX 76096<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 3,930.13 | $ 3,930.13 | $ 0.00 | $ 3,930.13 | $ 0.00 |
| | | | Total for Priority 610:    0% Paid | $ 466,149.61 | $ 466,149.61 | $ 0.00 | $ 466,149.61 | $ 0.00 |
| 8U-2 | 02/03/20 | 630 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><7300-00 Section 726(a)(4) Fines, Penalties> | $ 1,443.49 | $ 1,443.49 | $ 0.00 | $ 1,443.49 | $ 0.00 |
| | | | Total for Priority 630:    0% Paid | $ 1,443.49 | $ 1,443.49 | $ 0.00 | $ 1,443.49 | $ 0.00 |
| | | | Total for Unsecured Claims: | $ 467,593.10 | $ 467,593.10 | $ 0.00 | $ 467,593.10 | $ 0.00 |
| | | | Total for Case: | $ 909,924.10 | $ 500,413.14 | $ 19,431.29 | $ 480,981.85 | $ 0.00 |