

## ORDERED in the Southern District of Florida on March 30, 2021.

*Scott M. Grossman*

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In Re:

TROY GARY TURKIN                    CHAPTER    7
                                    CASE NO.   19-27263-SMG

Debtor.
_____/

### AGREED ORDER GRANTING AMERICAN HONDA FINANCE CORPORATION'S MOTION FOR RELIEF FROM AUTOMATIC STAY

**THIS CAUSE** came on for consideration of American Honda Finance Corporation's Motion for Relief from Automatic Stay [D.E. # 78]. The Court has been informed that counsel for Movant and counsel for Debtor have conferred and agree to the entry of an order containing the following terms. Accordingly, it is,

**ORDERED:**

1. That the Motion of American Honda Finance Corporation is GRANTED.

2. The automatic stay imposed by §362(a) of the Bankruptcy Code is modified to permit American Honda Finance Corporation to replevy or repossess the vehicle more

particularly described as 2019 Acura RDX, VIN 5J8TC1H65KL003918.

      3. That this Order terminating automatic stay is entered for the sole purpose of allowing Movant to obtain the property or an *in rem* judgment against the property and that Movant shall not seek or obtain *in personam* relief against the Debtor.

      4. That the provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure are hereby waived.

###

Submitted by:
Bertis A. Echols, III, Esquire
EVANS PETREE PC
*Attorneys for the Creditor*
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 525-6781 telephone
(901) 248-6854 fax
bechols@evanspetree.com

Attorney Bertis A. Echols, III is required to serve a copy of this Order upon all interested parties under all applicable Bankruptcy and local rules and file a confirming certificate of service.

Copies furnished to:
Debtor, Troy Gary Turkin, 5362 Northwest 117th Avenue, Coral Springs, FL 33067
Attorney for Debtor, Matthew Mazur, Jr., Esquire, 2645 Executive Park Drive, Suite 110, Weston, FL 33331
Trustee, Scott Brown, 1 SE 3 Ave #1440, Miami, FL 33131
Office of the US Trustee, 51 S.W. 1st Avenue, Suite 1204, Miami, FL 33130