**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on June 30, 2021**

**Scott M Grossman**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 19−27263−SMG**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Troy Gary Turkin
5362 Northwest 117th Avenue
Coral Springs, FL 33067

SSN: xxx−xx−8231

## FINAL DECREE

The trustee, Scott N Brown, having filed a final report that the estate has been fully administered, is discharged and the case is closed.